**THOMAS J. GAFFNEY**
BANKRUPTCY TRUSTEE
80 WEST HURON STREET
BUFFALO, NY 14202
Telephone: (716) 852-1102

*Receipt 11090516*
*$1407.75*

September 2, 2010

Clerk, US Bankruptcy Court
300 Pearl Street
Buffalo, NY 14202



FILED
SEP 3 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

Re: In re MALEC, DIANA H.
Case No. 03-10735 MJK

Dear Clerk:

Enclosed herein please find Check No. 10116 in the amount of $ 1,407.75 (previous check number 10115 now voided and written to the Court Clerk, un-cashed funds) for claim # 13 Retail Services PO Box 5220 Carol Stream, IL 60197-5220.

Because no more info is available from debtor's petition there are quite a number of companies and addresses, it is not possible to try and forward this amount to some successor.

Very truly yours,

THOMAS J. GAFFNEY
Bankruptcy Trustee

Enclosure